# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 07, 2018**

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Harris, Derrick Emmit | Docket No. | 2:18CR00212-RMP-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Derrick Emmit Harris, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Spokane, Washington, by video conference on the 19th day of November 2018, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, Unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Derrick Emmit Harris is alleged to have tested positive for the presence of marijuana on November 19, 2018.

On November 21, 2018, the conditions of pretrial release supervision were reviewed with Mr. Harris. He acknowledged an understanding of his conditions, which included standard condition #9.

On November 19, 2018, Mr. Harris reported to the U.S. Probation Office upon his release from custody. The order setting conditions of release was not available at the time of this meeting. However, Mr. Harris provided a urine sample for the purpose of drug testing that tested presumptive positive for the presence of marijuana. Mr. Harris advised he was a regular user of marijuana prior to his arrest in this instant federal matter. He claimed this presumptive positive result was residual from his use of marijuana prior to his arrest in this matter. Subsequently, the urine sample was sent to Alere Toxicology (Alere) for further analysis.

On November 29, 2018, Alere confirmed the above-noted urine sample tested positive for the presence of marijuana.

**Violation #2:** Derrick Emmit Harris is alleged to have ingested Oxycodone without providing a valid prescription on November 21, 2018.

On November 21, 2018, the conditions of pretrial release supervision were reviewed with Mr. Harris. He acknowledged an understanding of his conditions, which included standard condition #9.

Later on November 21, 2018, Mr. Harris contacted the undersigned officer to advise he was being transported to the hospital by ambulance. Mr. Harris admitted to ingesting two Oxycodone pills on November 21, 2018, and his daughter found him unresponsive. Subsequently, Mr. Harris was taken to a local hospital for additional care. Mr. Harris confirmed he did not have a valid prescription for Oxycodone.

On November 27, 2018, the undersigned officer met with Mr. Harris and discussed his use of Oxycodone on November 21, 2018. Mr. Harris signed a substance abuse admission form acknowledging, on November 21, 2018, he ingested two Oxycodone pills.

PS-8
Re: Harris, Derrick Emmit
December 6, 2018
Page 2

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 6, 2018

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

December 7, 2018
Date