# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**MATTHEW L. THOMPSON**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO  Spokane

May 9, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2019

SEAN F. McAVOY, CLERK

Honorable Rosanna Malouf Peterson
United States District Judge
Thomas S. Foley U.S. Courthouse
P.O. Box 1493
Spokane, WA 99210

**RE:** HARRIS, Derrick Emmit
**Docket No.:** 2:18CR00212-RMP-2
**Charge:** Count 3: 21 U.S.C. § 841(a)(1), (b)(1)(C) – Distribution of a Mixture Or Substance Containing Fentanyl
**Request to Modify Condition of Pretrial Release Supervision**

Dear Judge Peterson:

On November 14, 2018, Mr. Harris appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, for an initial appearance. The Court detained Mr. Harris pending a detention hearing.

On November 19, 2018, Mr. Harris appeared before the Honorable Mary K. Dimke, U.S. Magistrate Judge, for a detention hearing. The Court released Mr. Harris under conditions of pretrial release supervision at that time. As a part of pretrial release supervision, the Court ordered Mr. Harris to be subjected to home detention with the use of location monitoring equipment.

On January 2, 2019, Mr. Harris appeared before the Honorable John T. Rodgers, U.S. Magistrate Judge, after a petition requesting a summons had been submitted alleging two violations of drug use (marijuana and oxycodone). Mr. Harris stipulated to the violations, and the Court continued Mr. Harris under conditions of pretrial release supervision.

On April 18, 2019, Mr. Harris appeared before Your Honor and entered a guilty plea in the instant federal matter. Sentencing is scheduled for July 16, 2019.

The purpose of this letter is to request a modification of pretrial release supervision.

According to the release order dated November 19, 2018, special conditions #7 and #8 (ECF No. 18) require Mr. Harris to be subjected to global position system (GPS) monitoring and home detention. Mr. Harris has been subjected to GPS monitoring and home detention throughout his time under pretrial release supervision. He has complied with his conditions of GPS monitoring and home detention.

Aside from allegations of drug use at the beginning of pretrial release supervision, Mr. Harris has been in full compliance with the conditions imposed by the Court. He is currently residing with his family in Spokane, Washington, and attending substance abuse treatment through a local methadone program.

The undersigned officer contacted the assistant U.S. attorney and defense counsel. Neither party objects to the removal of special conditions #7 and #8.

Based on the information contained in this report, the undersigned officer respectfully recommends that special conditions #7 and #8 be removed from Mr. Harris' release order (ECF No. 18).

Should the Court have any further questions, please contact the undersigned officer.

                                        Sincerely,

                                        s/Erik Carlson                05/09/2019
                                        Erik Carlson                     Date
                                        U.S. Probation Officer

Approved By:

s/Jose Vargas                05/09/2019
Jose Vargas                     Date
Supervisory U.S. Probation Officer

[X ]  Court orders the removal of special conditions #7 and #8
[  ]  Court denies the modification request
[  ]  Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

5/10/2019
Date