UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2019

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Harris, Derrick Emmit | Docket No. | 2:18CR00212-RMP-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Derrick Emmit Harris, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Spokane, Washington, on the 19th day of November 2018, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, Unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #5:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Derrick Emmit Harris is alleged to have ingested two oxycodone pills without a valid prescription on September 4, 2019.

On November 21, 2018, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Harris. He acknowledged an understanding of his conditions, which included standard condition 9.

On September 5, 2019, Mr. Harris reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of oxycodone. Mr. Harris admitted he ingested two oxycodone pills on September 4, 2019, that he had received from a friend. Subsequently, Mr. Harris signed a substance abuse admission form acknowledging his use of oxycodone.

**Violation #2:** Derrick Emmit Harris is alleged to have failed to report for random drug testing on July 15, and August 30, 2019.

On November 27, 2018, the undersigned officer referred Mr. Harris to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Harris was instructed to call daily to determine if he was required to submit to random urinalysis testing.

Mr. Harris failed to report for random drug testing at PHS on July 15, and August 30, 2019.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: September 6, 2019 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/6/2019

Date