PROB 12C
(6/16)

Report Date:  April 21, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 22, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Derrick Emmit Harris        Case Number: 0980 2:18CR00212-RMP-2

Address of Offender:        Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 30, 2019

| | | |
|---|---|---|
| Original Offense: | Distribution of Fentanyl, 21 U.S.C. § 841(a)(1) and (b)(1)(C) | |
| Original Sentence: | Probation:  60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 30, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 29, 2024 |

## PETITIONING THE COURT

To issue a summons.

On November 4, 2019, Mr. Harris' judgment was reviewed with him.  He acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

          **Supporting Evidence**: It is alleged that Derrick Harris violated the terms of supervised release by consuming a controlled substance, cocaine, on or about March 29, 2022.

          On March 15, 2022, Mr. Harris submitted a urinalysis test at Pioneer Human Services (PHS) that returned as a dilute specimen.  As a result, a sweat patch was placed on Mr. Harris on March 22, 2022, and was removed on March 29, 2022.  The results of that sweat patch showed a confirmed presence for cocaine.  Mr., Harris denies use despite a positive lab report.

Prob12C
**Re: Harris, Derrick Emmit**
**April 21, 2022**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     04/21/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[ X ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

4/21/2022

Date