PROB 12C
(6/16)

Report Date: July 28, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Derrick Emmit Harris     Case Number: 0980 2:18CR00212-RMP-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 30, 2019

| | |
|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Probation: 60 Months     Type of Supervision: Probation |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard     Date Supervision Commenced: October 30, 2019 |
| Defense Attorney: | Kathryn Patricia Lucido     Date Supervision Expires: October 29, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/21/2022.

On November 4, 2019, a U.S. probation officer reviewed Mr. Harris' conditions of supervised release with him. He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #5** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Derrick Harris is in violation of his conditions of supervised release for using cocaine on or about July 5 and 7, 2022.

On July 5, 2022, Mr. Harris submitted a urinalysis at Pioneer Human Services (PHS) that returned presumptive positive for cocaine, he denied use. The urine sample was sent to the laboratory for confirmation.

Prob12C
Re: Harris, Derrick Emmit
July 28, 2022
Page 2

On July 7, 2022, Mr. Harris reported to the U.S. Probation Office as instructed and provided a urinalysis sample that returned presumptive positive for cocaine. Mr. Harris denied using cocaine when questioned. The urine sample was sent to the laboratory for further testing. As a result, a sweat patch was placed on Mr. Harris on July 7, 2022.

On July 14, 2022, the urine sample from July 5 and 7, 2022, returned positive for cocaine from the contract laboratory. In addition, on July 27, 2022, the sweat patch that was placed on Mr. Harris on July 7, 2022, also returned positive for cocaine. Mr. Harris denies use despite positive lab reports.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/28/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Rosanna Malouf Peterson
Signature of Judicial Officer

8/01/2022
Date