PROB 12C
(6/16)

Report Date: August 5, 2022

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 05, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Derrick Emmit Harris | Case Number: 0980 2:18CR00212-RMP-2 |
| Address of Offender: ▓▓▓▓▓▓▓▓ | Spokane, Washington 99208 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 30, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Probation: 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 30, 2019 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: October 29, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/21/2022, and 8/1/2022.

On November 4, 2019, a U.S. probation officer reviewed Mr. Harris' conditions of supervised release with him. He signed his judgement acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Derrick Harris is in violation of his conditions of supervised release for using cocaine on or about July 13, 2022. |
| | On August 2, 2022, the sweat patch that was placed on Mr. Harris on July 13, 2022, returned positive for cocaine. Mr. Harris continues to deny use despite positive reports received from the laboratory. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Harris, Derrick Emmit
August 5, 2022
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/05/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/5/2022

Date