PROB 12C
(6/16)

Report Date: October 7, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Derrick Emmit Harris         Case Number: 0980 2:18CR00212-RMP-2

Address of Offender: ███████████████  Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 30, 2019

Original Offense:   Distribution of a Mixture or Substance Containing Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:   Probation: 60 months         Type of Supervision: Probation

Asst. U.S. Attorney:   Caitlin A. Baunsgard        Date Supervision Commenced: October 30, 2019

Defense Attorney:    Kathryn Patricia Lucido      Date Supervision Expires: October 29, 2024

---

### PETITIONING THE COURT

To issue a warrant.

On November 4, 2019, A U.S. Probation Officer reviewed Mr. Harris' condition of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: It is alleged that Mr. Harris is in violation of his conditions of supervised release for being in possession of cocaine and oxycodone, without a lawful prescription, on October 7, 2022.<br><br>On October 7, 2022, the undersigned officer was contacted by a police officer with Air Way Heights Police Department advising that Mr. Harris was found to be in possession of cocaine and oxycodone. Specifically, Mr. Harris had 4 small baggies with approximately 1 gram of cocaine in each, and one baggie with approximately 7.8 grams of cocaine. Mr. Harris also had 12 oxycodone pills in his possession. The undersigned officer spoke with the police officer assigned to this case and it is anticipated that Mr. Harris will be charged with possession with intent to deliver in the foreseeable future. This officer will update the Court if and when charges are filed. |

Prob12C
Re: Harris, Derrick Emmit
October 7, 2022
Page 2

On that same date, Mr. Harris was questioned by the undersigned officer and he admitted to being in possession of the controlled substances.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 7, 2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

10/7/2022

Date