PROB 12C
(6/16)

Report Date: July 8, 2024

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

Jul 08, 2024

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Derrick Emmit Harris          Case Number: 0980 2:18CR00212-TOR-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 30, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Mixture of Substance Containing Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (December 8, 2022) | Prison - 12 months and 1 day; TSR - 36 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | September 8, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | September 7, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/2/2023 and 12/26/2023.

On September 12, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Harris, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about July 2, 2024, Derrick Emmit Harris allegedly violated special condition number 5 by consuming cocaine. |
| | On July 2, 2024, the offender reported to the U.S. Probation Office (USPO) to meet with the assigned probation officer, in preparation for his upcoming revocation hearing. During that meeting, Mr. Harris insisted that he was committed to being compliant as an example for his children, which this officer encouraged. |

Prob12C
Re: Harris, Derrick Emmit
July 8, 2024
Page 2

After our meeting, the offender was subject to random urinalysis testing and provided a urine sample that was presumptive positive for cocaine. Mr. Harris denied any illicit drug use and signed a denial of use form. Later that same date, he contacted this officer and once again insisted that had not consumed any cocaine. The undersigned explained to the offender that a violation would not be alleged until the laboratory results were received.

On July 8, 2024, this officer received notification from the laboratory that the urine sample provided by Mr. Harris on July 2, 2024, was in fact positive for cocaine.

Shortly thereafter, on the morning of July 8, 2024, the offender was contacted regarding the laboratory results. When informed that his sample was confirmed to be positive for cocaine, Mr. Harris adamantly denied drug use and suggested that he tested positive as a result of sexual intercourse with a woman who consumed cocaine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/08/2024

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

July 8, 2024
Date