PROB 12C
(6/16)

Report Date: October 2, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

<span style="color:red">FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2024

SEAN F. McAVOY, CLERK</span>

Name of Offender: Derrick Emmit Harris          Case Number: 0980 2:18CR00212-TOR-2

Address of Offender: ▇▇▇▇▇▇▇▇▇  Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 30, 2019

| | |
|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Probation- 60 months          Type of Supervision: Supervised Release |
| Revocation Sentence: (December 8, 2022) | Prison- 12 months and 1 day  TSR- 36 months |
| Revocation Sentence: (July 31, 2024) | Prison- 3 months  TSR- 36 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard          Date Supervision Commenced: September 3, 2024 |
| Defense Attorney: | Carter Liam Powers Beggs     Date Supervision Expires: September 2, 2027 |

## PETITIONING THE COURT

To issue a summons.

On September 5, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Harris, as outlined in the judgment. Mr. Harris signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: On September 16, 2024, Derrick Harris allegedly violated standard conditions # 2 by failing to report to the U.S. Probation Office as instructed. |

**Prob12C**
**Re: Harris, Derrick Emmit**
**October 2, 2024**
**Page 2**

On September 5, 2024, after Mr. Harris' intake at the probation office, he was given an appointment card instructing him to report to the U.S. Probation Office on September 16, 2024.

On September 16, 2024, Mr. Harris failed to report to the probation office as directed.

2  **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Harris allegedly violated special condition number 5, by testing positive for cocaine on September 18, 2024.

On September 18, 2024, Mr. Harris reported to the U.S. Probation Office. He was subject to a random urinalysis test and provided a urine sample that was presumptive positive for cocaine. He adamantly denied and stated he was hanging out with people using, but did not use. Subsequently, a sweat patch was then placed on Mr. Harris for confirmation. Mr. Harris stated that he is experiencing depression and anxiety. The U.S. probation officer instructed Mr. Harris to obtain a mental health assessment as soon as possible. It should be noted, as of the date of this report, he has been asked several times when his mental health assessment is scheduled for and he has failed to provide that date and time.

On September 22, 2024, the urine sample from September 18, 2024, returned from the lab positive for cocaine.

On September 25, 2024, Mr. Harris was questioned again regarding his positive urine sample from September 18, 2024, returning confirmed positive for cocaine. His response was "well the judge is going to see it as I violated regardless because I was hanging around people using so I used."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/02/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
Re: Harris, Derrick Emmit
October 2, 2024
Page 3

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Thomas O. Rice
United States District Judge

October 3, 2024
_____
Date