PROB 12C
(6/16)

Report Date: November 1, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Derrick Emmit Harris    Case Number: 0980 2:18CR00212-TOR-2

Address of Offender: ███████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 30, 2019

| | | |
|---|---|---|
| Original Offense: | Distribution of a Mixture of Substance Containing Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (December 8, 2022) | Prison - 12 months, 1 day<br>TSR - 36 months | |
| Revocation Sentence: (July 31, 2024) | Prison- 3 months<br>TSR- 36 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: September 3, 2024 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: September 2, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/02/2024.

On September 5, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Harris, as outlined in the judgment. Mr. Harris signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Harris allegedly violated special condition number 5, by providing a diluted urine sample on October 25, 2024. |

Prob12C
**Re: Harris, Derrick Emmit**
November 1, 2024
Page 2

On October 25, 2024, at 8:50 a.m., the undersigned officer contacted Mr. Harris and instructed him to report to the United States Probation Office by 12 p.m. He stated, "I am stuck at work. Can I come in on Monday." The undersigned advised that he needed to report that date and gave him more time to report, instructing him to report by 4 p.m.

Later that day, at approximately 10 a.m., Mr. Harris reported as instructed. He was not in his work uniform. The undersigned asked if he came from work. He replied, "Yeah, I went to work in this and then changed back into this to come here." Mr. Harris submitted a urinalysis which returned diluted. He denied any use and it was sent to the lab.

While Mr. Harris was providing a urinalysis, the undersigned contacted Carl's Jr., where he is employed, to verify that he was at work that morning. The person the undersigned spoke with advised that Mr. Harris did not work until 3 p.m. that date. Mr. Harris was questioned about why he went through great lengths to lie about having to work that morning. Mr. Harris started to become angry, which was not his typical behavior, and he stated, "I just did not want to come here ok."

On October 28, 2024, the urine sample from October 25, 2024, returned from the lab diluted.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | November 1, 2024 |
|---|---|
| | s/Courtney Hambel |
| | Courtney Hambel<br>U.S. Probation Officer |

Prob12C
Re: Harris, Derrick Emmit
November 1, 2024
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

November 1, 2024
Date