PROB 12C
(6/16)

Report Date:  March 3, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Derrick Emmit Harris        Case Number: 0980 2:18CR00212-TOR-2

Address of Offender: ▆▆▆▆▆▆▆ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 30, 2019

| | |
|---|---|
| Original Offense: | Distribution of a Mixture of Substance Containing Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Probation - 60 months        Type of Supervision: Supervised Release |
| Revocation Sentence: (December 8, 2022) | Prison- 12 months, 1 day TSR- 36 months |
| Revocation Sentence: (July 31, 2024) | Prison- 3 months TSR- 36 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard        Date Supervision Commenced: September 3, 2024 |
| Defense Attorney: | Carter Powers Beggs        Date Supervision Expires: September 2, 2027 |

---

## PETITIONING THE COURT

To issue a summons

On September 5, 2024, an officer with the United States Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Harris, as outlined in the judgment. Mr. Harris signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Harris is alleged to have violated standard condition number 2 by failing to report to the United States Probation Office as instructed on February 28, 2025. |

Prob12C

**Re: Harris, Derrick Emmit**
**March 3, 2025**
**Page 2**

On February 28, 2025, at approximately 6:50 a.m., the undersigned attempted to contact Mr. Harris via telephone, however, the call went straight to voice mail, The undersigned sent Mr. Harris a text message instructing him to report to the United States Probation Office by 12 p.m. on that same date.

Mr. Harris failed to report to the United States Probation Office as instructed.

2     **Special Condition # 5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Harris allegedly violated special condition number 5 by ingesting cocaine on or about February 27, 2025.

On February 28, 2025, the undersigned attempted to contact Mr. Harris several times but was unsuccessful. The undersigned was out in the community conducting random home visits and stopped by Mr. Harris' residence. When Mr. Harris opened his door he stated "I messed up. I have been on a cocaine binge." After further questioning, he did admit to using cocaine over the prior 4 days.

On March 3, 2025, Mr. Harris reported to the United States Probation Office and submitted a urinalysis which returned positive for cocaine. He admitted use and signed an admission form.

3     **Special Condition # 6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Harris allegedly violated special condition number 6 by consuming alcohol on or about February 28, 2025.

On March 3, 2025, Mr. Harris reported to the United States Probation Office and submitted a urinalysis which returned positive for alcohol. He reported "I drank a 5th on Friday, February 28, 2025." He signed an admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     03/03/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
**Re: Harris, Derrick Emmit**
**March 3, 2025**
**Page 3**

---

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

                                        _Thomas O. Rice_

                                        Thomas O. Rice
                                        United States District Judge

                                        March 4, 2025

                                        Date